# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES L. DEROSA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-05-0213-JHP |
| | ) | |
| RANDALL G. WORKMAN, Warden, | ) | |
| Oklahoma State Penitentiary, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

This matter came before the Court for consideration of Petitioner's Petition for Writ of Habeas Corpus, pursuant to 18 U.S.C. § 2254. The issues having been duly considered and a decision having been rendered in accordance with the Order filed simultaneously herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for respondent, Randall G. Workman, and against petitioner, James L. DeRosa., on his challenge to the constitutionality of his state court conviction and death sentence.

IT IS SO ORDERED this  27th  day of September, 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma